# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PEDRO CARTAGENA,** | : | CIVIL ACTION NO. 1:17-CV-742 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **SERVICE SOURCE, INC.,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 14th day of January, 2019, upon consideration of the motions (Docs. 52-55) *in limine* filed by plaintiff Pedro Cartagena ("Cartagena") seeking to exclude introduction of certain evidence and testimony by defendant Service Source, Inc. ("Service Source") at his upcoming civil rights trial, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Cartagena's motion (Doc. 52) *in limine* is GRANTED. Service Source may not introduce evidence or testimony pertaining to Cartagena's employment disciplinary record at trial without first establishing a proper non-propensity purpose under the Federal Rules of Evidence. Service Source is not precluded from introducing evidence or testimony regarding the general policies and procedures governing the management and discipline of its employees.

2. Cartagena's motion (Doc. 53) *in limine* is GRANTED. Service Source may not introduce evidence or testimony through its expert pertaining to Cartagena's 2003 conviction for impersonating a police officer. If the expert relied on this conviction in formulating an opinion, the expert may not testify as to the nature and circumstances of the conviction but may testify that she relied on medical records indicating Cartagena suffered from hallucinations as early as 2003. Service Source is also prohibited from introducing evidence or testimony related to Cartagena's alleged narcotics conviction.

3. Cartagena's motion (Doc. 54) *in limine* is GRANTED. Service Source may not introduce evidence or testimony of Cartagena's history of drug or alcohol use for impeachment purposes.

4. Cartagena's motion (Doc. 55) *in limine* is GRANTED. Service Source may not introduce any evidence or testimony of the investigative or evaluative findings of the agencies reviewing Cartagena's administrative complaints that preceded the instant suit. Service Source may introduce evidence of the facts underlying Cartagena's administrative complaints in compliance with the Federal Rules of Evidence.

5. The court grants these motions *in limine* without prejudice to Service Source's right to raise its arguments anew should circumstances during trial merit reconsideration of the court's rulings.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania