# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PEDRO CARTAGENA,** | : | CIVIL ACTION NO. 1:17-CV-742 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **SERVICE SOURCE, INC.,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 29th day of January, 2019, upon consideration of plaintiff's motion (Doc. 82) to compel Lanyka R. Brown ("Ms. Brown") to attend trial, and the parties' respective briefs in support of and opposition to said motion, it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 82) to compel Ms. Brown's attendance at trial is GRANTED.

2. Plaintiff shall serve a copy of this order and the subpoena on Ms. Brown by means of certified mail or FedEx. Thereafter, Ms. Brown shall contact plaintiff's counsel Timothy Seiler at 215-639-0801, to make arrangements for her appearance on a date certain so as to minimize any inconvenience to her.

3. The court advises Ms. Brown that, should she choose not to comply with this order and the aforementioned subpoena, the court will hold her in contempt and direct the United States Marshals to take her into custody for the purpose of compelling her testimony at trial in this matter. See FED. R. CIV. P. 45(g); 28 U.S.C. § 566(a), (c); Thompson v. Jones, No. 09-CV-1396, 2018 WL 4286196, at *3 (M.D. Pa. Sept. 7, 2018).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania