# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PEDRO CARTAGENA,** | : | CIVIL ACTION NO. 1:17-CV-742 |
| | : | |
| **Plaintiff** | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **SERVICE SOURCE, INC.,** | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 11th day of February, 2019, upon consideration of plaintiff's motion (Doc. 87) for sanctions, and the court noting that the parties reached a settlement agreement in the above-captioned action during trial on February 6, 2019, it is hereby ORDERED that the motion (Doc. 87) for sanctions is DISMISSED as moot.

      /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania